UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERT MUNOZ, ) | 1:10-CV-00206 GSA HC |
| ) | |
| Petitioner, ) | ORDER TO SHOW CAUSE WHY PETITION |
| ) | SHOULD NOT BE DISMISSED FOR |
| v. ) | FAILURE TO COMPLY WITH A COURT |
| ) | ORDER |
| ) | |
| PEOPLE OF CALIFORNIA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On February 10, 2010, a court order was issued in this case wherein Petitioner was directed to file a completed consent/decline form within thirty (30) days of the date of service of the order. Thirty days passed and Petitioner did not comply. On March 29, 2010, a second order was issued directing Petitioner to complete and submit a consent/decline form within thirty (30) days. Those thirty days have now passed and Petitioner has not complied.

Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Petitioner is HEREBY ORDERED to SHOW CAUSE, within fourteen (14)

1 days of service of this order, why the petition should not be dismissed for failure to comply with a
2 court order.

4     IT IS SO ORDERED.

5     **Dated:**   **May 4, 2010**           /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE