# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERT MUNOZ, ) | 1:10-CV-00206 GSA HC |
| ) | |
| Petitioner, ) | ORDER DISCHARGING ORDER TO SHOW |
| ) | CAUSE WHY SANCTIONS SHOULD NOT |
| ) | BE IMPOSED FOR FAILING TO COMPLY |
| v. ) | WITH A COURT ORDER |
| ) | [Doc. #5] |
| ) | |
| PEOPLE OF CALIFORNIA, ) | ORDER DISMISSING PETITION |
| ) | |
| Respondent. ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 10, 2010, the Court ordered Petitioner to file a completed consent option form. Petitioner did not comply. Therefore, on March 29, 2010, a second order was issued. Again, Petitioner did not comply. Accordingly, on May 4, 2010, the Court issued an order directing Petitioner to show cause why the petition should not be dismissed for failing to comply with a court order.

On May 18, 2010, Petitioner responded to the order to show cause and filed a consent form indicating consent to Magistrate Judge jurisdiction. Petitioner states he did not respond because he did not intend to file the instant action in this Court. He states the petition was inadvertently mailed

1  to the federal court.  He states he does not wish to pursue his federal remedies at this time, but
2  desires to return to state court to exhaust his available state remedies.
3        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, an action may be
4  dismissed by a petitioner without a court order by filing a notice of dismissal before the opposing
5  party serves an answer. Pursuant to Rule 41(a)(2), an action may be dismissed at a petitioner's
6  request by court order. In this case, Respondent has not filed an answer to the petition.
7        Accordingly, IT IS HEREBY ORDERED:
8        1) The order to show cause dated May 4, 2010, is DISCHARGED;
9        2) The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE; and
10       3) The Clerk of Court is DIRECTED to enter judgment.
11
12   IT IS SO ORDERED.
13     Dated:   **June 1, 2010**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28